UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRETT WEIMER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-CV-00368-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Authorize Electronic Filing (ECF No. 6). Plaintiff requests authorization to register as an electronic filer in the Court's CM/ECF filing system. The Court will allow Plaintiff to file future documents electronically only after Plaintiff has demonstrated a basic understanding and familiarity with the Court's CM/ECF filing system.

Accordingly, IT IS HERE BY ORDERED that Plaintiff's Motion to Authorize Electronic Filing (ECF No. 6) is GRANTED. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a. On or before April 16, 2020, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website at www.nvd.uscourts.gov.

    b. Plaintiff is not authorized to file electronically until the certification is filed with the Court within the time frame specified.

    c. Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: March 16, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1