UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRETT WEIMER, | Case No. 2:20-cv-00368-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

On June 4, 2020, this Court ordered Defendant to file an electronic copy of the Certified Administrative Record ("CAR") under seal by or before July 1, 2020. ECF No. 16. The Court noted it would take steps to provide Plaintiff prompt access to the CAR upon receipt. *Id.* The next day, Defendant filed an electronic copy of the CAR under seal. ECF No. 18.

Accordingly,

IT IS HEREBY ORDERED that the Clerk's Office shall mail a CD-ROM copy of the Certified Administrative Record to the Plaintiff at his address on record with the Court. Upon confirmation that the CD-ROM copy has been mailed to the Plaintiff, the Court shall issue the standard order concerning review of Social Security cases.

Dated this 9th day of June, 2020.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE