NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT WEIMER, | Case No.: 2:20-cv-00368-EJY |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| ANDREW SAUL, Commissioner of Social Security, | (*FIRST REQUEST*) |
| Defendant. | |

Defendant Andrew Saul, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion to Reverse or Remand (Dkt. No. 22, filed on July 14, 2020), currently due on August 13, 2020, by seven days, through and including August 20, 2020.  Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 20) be extended accordingly.

This is Defendant's first request for an extension of time.  Good cause exists for this extension because Defendant's counsel is in the process of conferring with Plaintiff to determine whether this matter can be resolved by settlement.  The additional requested time will allow for continued discussions with Plaintiff, and if the matter cannot be resolved, to allow counsel to prepare a response to the pending motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On August 7, 2020, counsel for Defendant conferred with Plaintiff, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Remand, through and including August 20, 2020.

Dated:  August 10, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 10, 2020